IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  24-cv-02067-CNS-SBP | Date: January 28, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| TERESITA RODRIGUEZ-MARTINEZ<br><br>**Plaintiff**<br><br>v.<br><br>DENVER PUBLIC SCHOOL DISTRICT<br>KINDRA CHRISTINE YOUNGBLOOD<br>BARB FLORES<br>KRISTI POSELY<br>TIFFANY ALMON<br><br>**Defendants** | *Adam Parkes*<br>*Wade Zobel*<br><br><br><br><br>*Robert Montgomery* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:35 a.m.

Appearance of counsel. Also present at the plaintiff's table is the plaintiff and her husband. Also present at defendants' table is client representative Paul Lillie.

Argument as to [16] Defendants' Motion to Dismiss the Amended Complaint given by Mr. Montgomery and Mr. Parkes with questions from the Court.

**ORDERED:   [27] Defendants' Motion to Strike Plaintiffs' Filing of Outside Documents Under *Pace* is GRANTED; filing at ECF No. 26 is STRICKEN.**

As outlined on the record, it is

**ORDERED:   [16] Defendants' Motion to Dismiss the Amended Complaint is GRANTED.**

**ORDERED:** **The federal claims are dismissed with prejudice.**

**The Court declines to exercise jurisdiction over the remaining state law claims and those claims are dismissed without prejudice.**

Court in Recess: 11:49 a.m.			Hearing concluded.			Total time in Court: 01:14